IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NATIONSRENT, INC., et al.,[1]<br><br>Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered<br>Chapter 11 |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee,<br><br>Plaintiff,<br>v.<br>VALLEY RUBBER & GASKET,<br><br>Defendant. | CIVIL ACTION NO. 04-CV-1144 (KAJ) |

## NOTICE OF DISMISSAL

Perry Mandarino, Trustee of the Nationsrent Unsecured Creditor's Liquidating Trust, by and through his undersigned counsel, hereby dismisses the above-referenced adversary proceeding with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

606485v1

                                        LOWENSTEIN SANDLER PC
                                        Attorneys At Law
                                        Paul Kizel, Esq.
                                        65 Livingston Avenue
                                        Roseland, New Jersey 07068
                                        Telephone (973) 597-2500

                                                 -and-

Dated: October 26, 2005          THE BAYARD FIRM

                                        _/s/ M. Augustine_____
                                        Neil B. Glassman, Esq. (No. 2087)
                                        Ashley B. Stitzer, Esq. (No. 3891)
                                        Mary E. Augustine, Esq. (No. 4477)
                                        222 Delaware Avenue, Suite 900
                                        P. O. Box 25130
                                        Wilmington, DE 19899
                                        Telephone (302) 655-5000

                                        Co-Counsel for Perry Mandarino, not
                                        Personally, but as Trustee for the
                                        NationsRent Unsecured Creditor's
                                        Liquidating Trust