## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 26th day of October, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

Larry Chavez, Vice President and CFO
10182- C Croydon Way
Sacramento, CA 95827

_____
Mary E. Augustine (No. 4477)